

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARL FLETCHER | CIVIL ACTION 10-1791 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| SCOTCHMAN INDUSTRIES, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #6, is GRANTED and this case is REMANDED to the 35th Judicial District Court, Grant Parish, Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 23rd day of February, 2011.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**